1  GREGORY F. DYER, #114486
   JONATHAN C. HSIEH, #281700
2  **JONES & DYER**
   A Professional Corporation
3  1800 J Street
   Sacramento, CA 95811
4  Telephone:  916-552-5959
   Facsimile:   916-442-5959
5
   Attorneys for Plaintiffs Kenneth Akins and Bonnie Morris Akins
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10

11  KENNETH AKINS and BONNIE          Case No.: 2:16-cv-01656-TLN-KJN
    MORRIS AKINS
12                                     **ORDER GRANTING STIPULATION
                    Plaintiffs,        TO STAY LITIGATION**
13
    vs.
14
    SETERUS, INC., and  BANK OF
15  AMERICA, N.A., DOES 1 to 10, inclusive,

16                  Defendants.
                                       Complaint Filed:  7-15-16
17

18        Pursuant to the stipulation of the parties and it being in the best interests of the action and the

19  parties to resolve the legal disputes between them with minimal involvement of the Court, the Court

20  adopts the stipulation of the parties as follows:

21        **IT IS HEREBY ORDERED THAT:**

22  1.    This action shall be stayed until January 1, 2017.

23  2.    The pending Motion to Dismiss, currently set to be heard on December 8, 2016, is vacated, to be

24  reset by the moving party at a later date.

25  3.    The deadline for responsive pleadings shall be set for January 31, 2017.

26  4.    During the duration of the stay, Defendants shall not take any action to foreclose on the property

27  located at 4840 Roselin Way, Elk Grove, California.

28  5.    All discovery, meet and confer dates, and initial case management dates will be continued a like

                                          1
                **ORDER GRANTING STIPULATION TO STAY LITIGATION**

1    amount of time to dates consistent with the court's pleasure.

2    Dated: December 5, 2016

3

4    _____
     Troy L. Nunley

5    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER GRANTING STIPULATION TO STAY LITIGATION**