GREGORY F. DYER, #114486
JONATHAN C. HSIEH, #281700
**JONES & DYER**
A Professional Corporation
1800 J Street
Sacramento, CA 95811
Telephone:  916-552-5959
Facsimile:  916-442-5959

Attorneys for Plaintiffs Kenneth Akins and Bonnie Morris Akins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH AKINS and BONNIE MORRIS AKINS<br><br>Plaintiffs,<br><br>vs.<br><br>SETERUS, INC., and BANK OF AMERICA, N.A., DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01656-TLN-KJN<br><br>**AMENDED PROPOSED ORDER GRANTING STIPULATION TO STAY LITIGATION**<br><br>Complaint Filed:  7-15-16 |

Pursuant to the stipulation of the parties and it being in the best interests of the action and the parties to resolve the legal disputes between them with minimal involvement of the Court, the Court adopts the stipulation of the parties as follows:

**IT IS HEREBY ORDERED THAT:**

1. This action shall be stayed until January 1, 2017.

2. The pending Motion to Dismiss, currently set to be heard on December 8, 2016, is vacated, to be reset by the moving party at a later date.

3. The deadline for responsive pleadings shall be set for January 31, 2017.

4. During the duration of the stay, Defendants shall not foreclose on the property located at 4840 Roselin Way, Elk Grove, California.

1
**AMENDED PROPOSED ORDER GRANTING STIPULATION TO STAY LITIGATION**

5. All discovery, meet and confer dates, and initial case management dates will be continued a like amount of time to dates consistent with the court's pleasure.

Dated: December 7, 2016

                                       Troy L. Nunley
                                       United States District Judge

2

**AMENDED PROPOSED ORDER GRANTING STIPULATION TO STAY LITIGATION**